IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

PRISONER CIVIL RIGHTS COMPLAINT
42 U.S.C. § 1983

*DEMANDA POR VIOLACION A DERECHOS CIVILES DE CONFINADO*
*42 U.S.C. § 1983*

__Miguel Sepulveda Castro__
Full name of plaintiff
*Nombre completo del demandante*

23-cv-1499
MAJ

v.

__Tribunal Mayaguez 408__
__Miguel Sepulveda Vargas__

RECEIVED AND FILED
CLERK'S OFFICE USDC PR
2023 OCT 4 PM 4:13

Full name(s) of defendant(s)
*nombre completo de(l)(los) demandado(s)*

I.  Previous lawsuits.
    *Pleitos radicados anteriormente.*

    A.  Have you brought other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment?

        *¿Ha iniciado usted otros pleitos en los tribunales estatales o federales que tengan que ver con los mismos hechos de la presente acción o que se relacionen con su reclusión?*

        (X)  Yes *(Sí)*                          ( )  No

    B.  If your answer to "A" is yes, describe the lawsuit in the space below. If there is more than one lawsuit, describe the additional lawsuits on another piece of paper using the same outline.

        *Si la contestación a la pregunta "A" es en la afirmativa, describa el pleito en el espacio siguiente. De existir más de un pleito, descríbalos en otro papel*

42:1983                           -1-

En realidad no es un pleito son solo trámites de documentos Certiorary Civil, Criminal, Desición administrativa y Pago de Arancel

23-cv-1499

MAJ

*utilizando el mismo modelo.*

1. Parties to the previous lawsuit.
   *Partes en el pleito anterior.*

   Plaintiff(s)
   *Demandante(s)*  Miguel Sepúlveda Vargas

   Defendant(s)
   *Demandado(s)*  Miguel Sepúlveda Castro

2. Court. If federal court, name the district, if state court, name the county or part.

   *Tribunal. Si es un tribunal federal, indique el distrito, si es un tribunal estatal, indique el condado o sala.*

   Tribunal Mayagüez

3. Docket number.
   *Número asignado.*  No se es un desacato de un 408

4. Name of judge to whom the case is assigned.
   *Nombre del juez a quien se le asignó el caso.*

   Maria del Pilar Vasques Guzman

5. Disposition. For example: Was the case dismissed? Was it appealed? Is it still pending?

   *Disposición. Por ejemplo: ¿Se desestimó el caso? ¿Se apeló? ¿Se encuentra aún pendiente?*

   Si en el Tribunal apelativo pero se tardan mucho

6. Approximate date of filing lawsuit.
   *Fecha aproximada en que radicó el pleito.*

   No recuerdo alrededor de 4 a 5 meses

42:1983                                    -2-

       7.    Approximate date of disposition.
            *Fecha aproximada en que se resolvió el pleito.*

            Todavia Continua

II.   Place of confinement.
     *Lugar actual de reclusión.*

   A.    Is there a prisoner's grievance procedure in the institution?
         *¿Existe un procedimiento de quejas y agravios para los confinados en la institución?*

        (X)   Yes *(Sí)*                 ( )   No

   B.    Did you present the facts related to your complaint in the state prisoner's grievance procedure?
         *¿Presentó usted los hechos de su querella bajo el procedimiento de quejas y agravios para confinados?*

        (X)   Yes *(Sí)*                 ( )   No

   C.    If your answer is yes,
         *Si su contestación es afirmativa,*

       1.    What steps did you take?
            *¿Qué medidas tomó usted?*

            Varios remedios administrativos y 4 mosiones

       2.    What was the result?
            *¿Cuál fue el resultado?*

            remedio administrativo no quisieron ayudar de las otra ni me an dicho nada desde los pasados 5 meses

   D.    If your answer is No, explain why not.
         *Si su contestación es No, explique porqué.*

          Porque son de una ganga 27 terrorista y tratan de mantenerme aqui todo loque pueden sin ley 240

42:1983                      -3-

E. If there is no prison grievance procedure in the institution, did you complain to prison authorities?
*Si no existe un procedimiento de quejas y agravios en la institución, ¿se quejó usted con las autoridades de la institución?*

(X) Yes *(Sí)*   ( ) No

F. If your answer is Yes,
*Si su contestación es en la afirmativa,*

1. What steps did you take?
   *¿Qué medidas tomó usted?*
   
   Hablar de manera pacifica con Sargentos y Tenientes

2. What was the result?
   *¿Cuál fue el resultado?*
   
   Nada se reian de mi me hacen de condiciones falsas y termine siendo agredido y estrangulado por burlarme de su mafia

III. Parties.
*Partes.*

In item A below, write your name in the first blank and write your present address in the second blank. Do the same for additional parties, if any, using the reverse side if necessary.

*Bajo la letra A, escriba su nombre en la primera línea y su dirección actual en la segunda línea. Si hay demandantes adicionales, provea la misma información utilizando el dorso si es necesario.*

A. Name of plaintiff
*Nombre del demandante*    Miguel Sepúlveda Castro

Address
*Dirección*    San German Car. 102 int Minillas

42:1983                    -4-

In item B below, write the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use item C for the name, position and place of employment of any additional defendant.

*Bajo la letra B, escriba en la primera línea el nombre completo del demandado, en la sgunda línea escriba el puesto que ocupa y en la tercera línea escriba el lugar donde está empleado. Utilice el apartado C para escribir el nombre, puesto y lugar de empleo de otro demandado.*

B. Defendant / *Demandado*  _Migue Sepúlveda Vargas_

is employed as / *está empleado como*  _Tecnician_

at / *en*  _Henkel Sabana Grande_

IV. Statement of Claim.
*Relación de Hechos.*

State here, as briefly as possible, the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates or statutes. Do not give any legal arguments or cite any cases or statutes. If you intend to allged a number of related claims, number and set forth each claim in a separate paragraph. Attach an extra sheet if necessary.

*Escriba brevemente los hechos del caso. Describa la participación de cada uno de los demandados. Incluya también los nombres de otras personas que tuvieron participación, las fechas y los estatutos. No presente argumentos legales ni cite precedentes ni estatutos. Si usted quiere presentar varias reclamaciones, enumérelas y hágalo en párrafos por separado. Puede utilizar otra hoja de papel si lo considera necesario.*

_Todo esto es por la mafia mi padre su familia y la juez estan involucrados sonde la ganga 27 al igual que la carcel facificaciones de documentaciones caso fabricado todo vamos a suponer que comezo desde 2021 intentos de asecinatos amenazas perdida de empleos hasta hoy día..._

42:1983                                                          -5-

V.  Request for Relief.
    *Solicitud de Remedio.*

State briefly exactly what you want the court to do for you.  Make no legal arguments.  Cite no cases or statutes.

*Indique brevemente lo que usted espera que el tribunal haga por usted.  No escriba argumentos legales ni cite precedentes ni estatutos.*

Que me excarcelen de imediato ya cumpli mis 60 dias de desacato de como 11 meses no quiero ir a ningun hogar de amsca esta repleto de gangas tambien lamentablemente que trabajen y caiga todo el peso de la ley sobre ellos ordenes de alejamiento y protecciones! Y que me paguen todo mi tiempo perdido...

I declare under penalty of perjury that the foregoing is true and correct.
*Declaro bajo pena de perjurio que lo anterior es cierto y correcto.*

Signed this __27__ day of __Septiembre__ of __2023__.
              (día)                (mes)                  (año)

_Miguel Sepulveda Castro_
Plaintiff's signature
*Firma del demandante*

42:1983                                            -6-