IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| Miguel Sepulveda-Castro<br><br>Plaintiff,<br><br>v.<br><br>Administracion de Correccion et al,<br><br>Defendants. | CIVIL NO. 23-1499 (MAJ) |

## JUDGMENT

Pursuant to the Court's Order filed on December 7, 2023 (Docket No. 6), the Court hereby enters judgment, and dismisses without prejudice, all claims for failure to prosecute and to comply with the Court's orders.

In San Juan, Puerto Rico, on this 8th day of December 2023.

S/ Marian B. Ramirez-Rivera
Marian B. Ramirez-Rivera
Deputy Clerk